Richard WALKER

v.

WORKERS' COMPENSATION
APPEAL BOARD (TEMPLE
UNIVERSITY HOSPITAL).

Petition of Temple University Hospital.

Supreme Court of Pennsylvania.

May 4, 2004.

## ORDER

PER CURIAM.

AND NOW, this 4th day of May, 2004, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Commonwealth Court is VACATED, *see Caso v. WCAB*, 790 A.2d 1078 (Pa.Cmwlth.2002), and the matter is REMANDED to the Commonwealth Court for consideration of Petitioner's remaining claims raised before that tribunal.

Rufus OLIVER III, Appellant,

v.

PENNSYLVANIA BOARD OF
PROBATION PAROLE,
Appellee.

Supreme Court of Pennsylvania.

May 4, 2004.

## ORDER

PER CURIAM.

AND NOW, this 4th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.